UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SANDRA LANGFORD**, an individual,<br><br>Plaintiffs,<br>vs.<br><br>**NATIONWIDE GENERAL INSURANCE COMPANY**, a foreign corporation,<br><br>Defendant. | NO. 3:22-cv-05725-BHS<br><br>ORDER |

THIS MATTER, having come before the Court on parties' stipulated Motion for Leave to Amend the Complaint, and having considered the moving papers, pleadings and record in this case, the Court hereby ORDERS and DECREES as follows:

1. The parties' stipulated Motion for Leave to Amend the Complaint is granted.

2. Plaintiff shall file the Amended Complaint provided as Exhibit 1 to the Parties' Stipulated Motion within 10 days after entry of this Order.

IT IS SO ORDERED

//

//

ORDER Pg. – 1

EMBER LAW *PLLC*
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

Dated this 28th day of October, 2022

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

    Thursday, October 27, 2022.

EMBER LAW PLLC
*S/ Leah S. Snyder*
Leah S. Snyder
WSBA No. 54486
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
P. (206) 899-6816
F. (206) 858-8182
leah@emberlaw.com
Attorney for Plaintiff

BULLIVANT HOUSER BAILEY PC

*/s/ Westin McLean* With Authorization
Westin McLean
WSBA No.
925 Fourth Avenue Suite 3800
Seattle, WA 98104
P. (206) 899-6816
westin.mclean@bullivant.com
Attorney for Defendant

ORDER Pg. – 2

CERTIFICATION OF SERVICE

I hereby certify that on the date of filing, I caused to be served a true and correct copy of the attached pleading by E-Service or Email on the date indicated below.

Daniel R. Bentson, WSBA #36825

Westin McLean, WSBA #46462

Attorneys for Nationwide General Insurance Company

925 Fourth Avenue, Suite 3800

Seattle, WA 98104

dan.bentson@bullivant.com

westin.mclean@bullivant.com

Thursday, October 27, 2022.

EMBER LAW PLLC
*S/ Chance Yager*
Chance Yager
WSBA No. 54486
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
P. (206) 468-9410
F. (206) 858-8182
chance@emberlaw.com
Attorney for Plaintiff

ORDER Pg. – 3